1

2

3

4

5

6

7

8         **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TERRENCE BROWNLEE,                    No. CIV S-09-2521-LKK-CMK-P

12              Petitioner,

13         vs.                             <u>ORDER</u>

14   BUREAU OF PRISONS, et al.,

15              Respondents.

16   _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254 apparently challenging the denial of parole.  Pending

19   before the court are petitioner's requests for leave to proceed in forma pauperis (Docs. 9 and 10).

20   Petitioner's petition will be addressed separately.

21              Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing

22   that petitioner is unable to prepay fees and costs or give security therefor.

23   / / /

24   / / /

25   / / /

26   / / /

1

1        Accordingly, IT IS HEREBY ORDERED that petitioner's motions for leave to

2   proceed in forma pauperis (Docs. 9 and 10) are granted.

4

5   DATED:  October 1, 2009

6                                                _____
                                                 **CRAIG M. KELLISON**
7                                                UNITED STATES MAGISTRATE JUDGE

2